In the Matter of JOHN A. EK, Appellant, v BRION TRAVIS, as Chair of the Board of Parole, Respondent.

Submitted September 6, 2005; decided November 17, 2005

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

In the Matter of NIAGARA MOHAWK POWER CORPORATION, Appellant, v TOWN OF BETHLEHEM et al., Respondents.

Submitted October 17, 2005; decided November 17, 2005

In the Matter of NIAGARA MOHAWK POWER CORPORATION, Appellant, v TOWN OF WATERTOWN et al., Respondents.

Submitted October 17, 2005; decided November 17, 2005

Motion by Association of Towns of the State of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DIAZ, Appellant.

Submitted October 31, 2005; decided November 17, 2005

Motion for assignment of counsel granted and Steven Banks, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.